**JS–6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BRIAN WHITAKER

       Plaintiff(s),

  v.

EATALY CENTURY CITY, LLC, , et al.


       Defendant(s).

CASE NO:
2:20–cv–00047–FMO–E

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

    Having been advised by counsel that the above–entitled action has been settled, IT IS ORDERED that the above–captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within <u>45</u> **days from the filing date of this Order**, to re–open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

    **IT IS SO ORDERED.**

DATED: February 26, 2020

                          */s/ Fernando M. Olguin*
                          Fernando M. Olguin
                          United States District Judge